UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARTHIK KARUPPASAMY,

                Plaintiff,

      – against –

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES and TATYANA
ZEMSKOVA,

                Defendants.

**ORDER**

20 Civ. 7823 (ER)

RAMOS, D.J.:

      On July 3, 2020, Karthik Karuppasamy, *pro se*, brought this action against the United States Citizenship and Immigration Services ("USCIS") and Tatyana Zemskova in New York County Supreme Court.  Doc. 3-1.  On September 24, USCIS removed the case to federal court.  Doc. 3.  On September 30, USCIS requested that the Court schedule a premotion conference regarding its proposed motion to dismiss this case.  Doc. 6.  That same day, the Court directed Plaintiff to respond to USCIS' arguments.  On November 9, Plaintiff responded.

      Having considered the arguments put forward by Plaintiff and USCIS, the Court finds that a premotion conference is unnecessary and grants USCIS leave to file its motion to dismiss the complaint.  USCIS' motion is due December 7, Plaintiff's response to the motion is due January 4, 2021, and USCIS' reply is due January 18, 2021.

      Chambers will mail a copy of this Order to Plaintiff at 250 West 50th Street, Apt. 19K, New York, N.Y. 10019.

      It is SO ORDERED.

Dated:   November 9, 2020
             New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.