

Law Office of Victor M. Feraru

Victor M. Feraru, Esq
200 Old Country Road, Ste 2 South
Mineola, New York 11501
1-516-415-2114
victor@vicslaw.com
www.vicslaw.com

**MEMO ENDORSED**

July 13, 2021

Hon. Edgardo Ramos
U.S. District Court Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square New York, NY 10007 Courtroom 619

> Defendant's request for an extension of time to July 23, 2021 is granted. The briefing schedule is amended as follows: Defendant Zemskova's Motion to Dismiss due July 23, 2021; Plaintiff's Opposition due August 13, 2021; Defendant Zemskova's Reply due August 20, 2021.
>
> It is SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 07/14/2021
> New York, New York

Re: *Karuppasamy v. U.S.C.I.S., et al.*
20-cv-07823
First Request for Extension of Time to File
Motion to Dismiss

Dear Hon. Edgardo Ramos:

    This office represents Defendant TATYANA ZEMSKOVA ("Defendant") in the above referenced action. This Honorable Court ordered that Defendant's Motion to Dismiss be submitted by July 14, 2021. (Dkt. Entry. 24).

    Due to unexpected client emergencies the undersigned requires additional time to draft and file Defendant's Motion to Dismiss. As such, I request that the deadline for filing Defendant's Motion to Dismiss be extended until July 23, 2021.

    This is the first such request for an extension.

                                  Respectfully Requested,

                                  Victor M. Feraru, Esq.

cc: United States Citizenship and Immigration Services *via* ECF, Plaintiff Karuppasamy *via* ECF.