**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KARTHIK KARUPPASAMY,

                      Plaintiff,

     -against-                                      20 **CIVIL** 7823 (ER)

                                                               **JUDGMENT**

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES and
TATYANA ZEMSKOVA,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 13, 2021, USCIS' and Zemskova's motions to dismiss are GRANTED. Karuppasamy's cross-motion is DENIED, and his motion for default judgment against Zemskova is DENIED as moot; accordingly, the case is closed.

**Dated:**  New York, New York

        August 16, 2021

                                                               **RUBY J. KRAJICK**
                                                                  Clerk of Court
                                                      BY:
                                                                    Deputy Clerk